UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: February 1, 2006

To: United States Court of Appeals          ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                              (     ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103         (     ) JUDGE

From:  Pam Richter
       U.S. District Court
       222 West 7th Avenue, #4
       Anchorage, AK  99513

DC No: 3:04-cv-00280-JWS          Appeal No: 05-35684

Short title: Pomeroy v Wallace

Composition of Record

Clerk's Files in 3*  volumes        (XX) original  () certified copy

    Bulky docs. _____ volumes, docket # _____
                             (folders)

Reporter's   in _____ volumes    () original    () certified copy
Transcripts

Exhibits:    in _____ envelopes   () under seal

        in _____ boxes       () under seal

Other: *Volumes 1 and 2 - unsealed; 1 volume - sealed

(please note any documents filed under seal)


Acknowledgement: _____    Date: _____
"record.app" [11/21/97]