**FILED**

APR 17 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED

APR 19 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| RICHARD D. POMEROY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STEPHEN D. WALLACE, <br><br> Defendant - Appellee. | No. 05-35684 <br><br> D.C. No. CV-04-00280-A-JWS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Before: KOZINSKI and RYMER, Circuit Judges.

The district court has certified that this appeal is not taken in good faith, and so has revoked appellant's *in forma pauperis* status. Our review of the record confirms that appellant is not entitled to *in forma pauperis* status for this appeal. *See* 28 U.S.C. § 1915(a).

Accordingly, within 21 days after the filing date of this order, appellant shall pay $255.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

S:\MOATT\Panelord\4.10.06\orders\hs2\05-35684.wpd

05-35684

No motions for reconsideration, clarification, or modification of the denial of appellant's in forma pauperis status shall be filed or entertained.

If appellant pays the fees as required and files proof of such payment in this court, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellant elects to show cause, a response may be filed within 8 days after service of appellant's filing. If appellant pays the fees but fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Briefing is suspended pending further order of this court.