DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Ruth Botstein
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD DALE POMEROY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEPHEN B. WALLACE; ) <br> ) <br> Defendant. ) <br> ) | **SUBSTITUTION OF COUNSEL** <br><br> Case No. A04-0280 CI (JWS) |

Pursuant to District of Alaska Local Rule 11.1(c)(4), Ruth Botstein, Assistant Attorney General, Department of Law, 1031 W. 4th Avenue, Suite 200, Anchorage, Alaska 99501, telephone (907) 269-5190, fax (907) 258-0760, e-mail Ruth_Botstein@law.state.ak.us, hereby gives notice of her substitution, replacing now-retired Assistant Attorney General Venable Vermont, Jr. as counsel for defendant Stephen B. Wallace.

Under Local Rule 11.1(c)(4), this attorney substitution is permissible without

leave of court and without written consent of the clients, because Ms. Botstein is an "attorney[] employed by a governmental entity," the State of Alaska Department Of Law.

The court and all parties are respectfully requested to send copies of all future notices and pleadings to Ms. Botstein at the address referenced above.

DATED this 30th day of November, 2006 at Anchorage, Alaska.

                DAVID W. MÁRQUEZ
                ATTORNEY GENERAL

By:    s/ Ruth Botstein
        Assistant Attorney General
        Office of the Attorney General
        1031 W. 4th Ave., Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5190
        Fax:    (907) 258-0760
        Ruth_Botstein@law.state.ak.us
        TWC_ECF@law.state.ak.us
        ABA No. 9906016

This is to certify that on this date, a copy of the foregoing
Substitution of Counsel is being mailed to:

Richard D. Pomeroy
529 W. 75th Ave., # 1
Anchorage, AK 99518

s/ Ruth Botstein  9/30/06